In the Matter of the Claim of MARY C. PARRISH against PREMIER CABINET CORPORATION et al., Respondents. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 25, 1931; decided April 14, 1931.)

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for appellant.

*John S. Leonard* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.